UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

RAFAEL MONTES DE OCA      '   CASE NO. 15-10587TMD
                '   CHAPTER 13
DEBTOR            '

## MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE APPEAL PENDING IN THE THIRD COURT OF APPEALS

TO THE HONORABLE TONY DAVIS:

**This pleading requests relief that may be adverse to your interest.**

**If not timely response is filed within fourteen (14) days from the date of service, the relief requested in the motion will be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

  1.  This MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE APPEAL PENDING IN THE THIRD COURT OF APPEALS is filed on behalf of RAFAEL MONTES DE OCA ("Movant"), for cause. This motion is further filed pursuant to Bankruptcy Rule 9014 and constitutes a contested matter thereunder.

  2.  This court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1334 and 28 U.S.C. Section 157(b)(2)(G).

  3.  The Movant, RAFAEL MONTES DE OCA is the Debtor in this Chapter 13 proceeding which was filed May 4, 2015. Prior to the filing Movant had been involved in a lawsuit with Eduardo Gutierrez, a creditor in this case. Mr. Gutierrez received a Judgment in his favor in the County Court at Law No. 2 of Travis County, Texas, Cause No. C-1-CV-12-000782 July 24, 2014. A Notice of Appeal was timely filed by Movant October 20, 2014 in Cause No. 03-14-00668-CV in the Third Court of Appeals. The Reporter's Record was filed November 12, 2014. The Clerk's Record was filed November 25, 2014 and the Appellant's brief was filed February 25, 2015. This Case was filed to Stay and action for foreclosure by Mr. Gutierrez and the appeal was then stayed by the Court of Appeals May 19, 2015.

  4.  Movant is prepared to go forward with this appeal which if successful will result in a

reduction of Mr. Gutierrez' claim. The prosecution of this appeal will not affect Movant's ability to maintain his plan payments nor will it adversely affect any of his property. His attorney was paid in advance prior to the filing for his services to prosecute this appeal

5.  Movant is prevented from pursuing this Appeal as a result of the automatic stay provisions of 11 U.S.C. Section 362(a)(1). Cause exists under 11 U.S.C. Section 362(d)(1) for modifying such stay so as to permit Movant to proceed with the appeal.

WHEREFORE, PREMISES CONSIDERED, Movant prays for an order modifying the automatic stay to permit him to pursue the appeal pending in the Third Court of Appeals of Texas Cause No. 03-14-00668-CV titled Rafael Montes De Oca, Appellant v. Eduardo Gutierrez, Appellee and to litigate any appeals therefrom. Movant further prays for such other and further relief to which he may be justly entitled.

Respectfully submitted,

/s/ Elizabeth Hickson
Elizabeth J. Hickson, SBN 09586000
4833 Spicewood Springs Road
Suite 200
Austin, Texas 78759
(512)346-8597
(512)346-2047 fax
Attorney for Debtor

## CERTIFICATE OF SERVICE

The above signed hereby certifies that on January 12, 2016, a true and correct copy of the foregoing document was served upon the following parties-in-interest:

By Electronic Notice:

Deborah B. Langehennig,
Chapter 13 Trustee

Lance Justin Erickson

Lee Gordon

B. Weldon Ponder, Jr.

Douglas J. Powell

Mitchell D. Savrick

Michael W. Zientz

and to all creditors on the attached creditor matrix.

```
Label Matrix for local noticing          U.S. BANKRUPTCY COURT                    Capital One
0542-1                                   903 SAN JACINTO, SUITE 322               PO Box 30285
Case 15-10587-tmd                        AUSTIN, TX 78701-2450                    Salt Lake City, UT 84130-0285
Western District of Texas
Austin
Tue Jan 12 16:01:00 CST 2016

Cavalry Spv 1, LLC                       Chase Home Finance                       Chase Records Center
c/o Bass & Associates, P.C.              3415 Vision Drive                        Attn: Correspondence Mail
3936 E. Ft. Lowell Rd, Suite #200        Colombus, OH 43219-6009                  Mail Code LA4-5555
Tucson, AZ 85712-1083                                                             700 Kansas Lane
                                                                                  Monroe, LA 71203-4774

Citi Mortgage, Inc.                      CitiMortgage, Inc.                       Citibank NA
PO Box 689196                            PO Box 6030                              c/o McCarthy Holthus & Ackerman LLP
Des Moines, IA 50368-9196                Sioux Falls, SD 57117-6030               1255 W 15th St #1060
                                                                                  Plano TX 75075-4220

County of Williamson                     Eduardo Gutierrez                        Eduardo Gutierrez
c/o Lee Gordon                           c/o B Weldon Ponder, Jr, Attorney at Law c/o Paul T. Morin
P.O. Box 1269                            9442 Capital of Texas Highway N          503 West 14th St.
Round Rock, TX 78680-1269                Arboretum Plaza One #500                 Austin, TX 78701-1723
                                         Austin, TX 78759-7262

Fernando Montes and Edgar Solano         Hickson Law, P.C.                        (p)HUNTER KELSEY OF TEXAS
15200 FM 1825                            4833 Spicewood Springs                   3432 GREYSTONE DR
Pflugerville, TX 78660-3130              Suite 200                                STE 100
                                         Austin, TX 78759-8436                    AUSTIN TX 78731-2357

Internal Revenue Service                 (p)KATENELL LLC                          Katnell, LLC
P.O. Box 7346                            3432 GREYSTONE DR                        c/o Douglas J. Powell
Philadelphia, PA 19101-7346              STE 100                                  820 W. 10th
                                         AUSTIN TX 78731-2357                     Austin, TX 78701-2065

(p)LILLIAN WILSON LLC                    Lillian Wilson, LLC                      Ocwen Loan Servicing , LLC
3432 GREYSTONE DR                        c/o Douglas J. Powell                    P.O. Box 24737
STE 100                                  820 W. 10th St.                          West Palm Beach, FL 33416-4737
AUSTIN TX 78731-2357                     Austin, TX 78701-2065

Ocwen Loan Servicing LLC                 Ocwen Loan Servicing, LLC                Oscar Trevino
c/o Michael Zientz                       1661 Worthington Road, Suite 100         15212 FM 1825
14160 North Dallas Parkway, Ste. 900     West Palm Beach, FL 33409-6493           Pflugerville, TX 78660-3130
Dallas, TX 75254-4314

Reagan Advertising                       Reagan National Advertising of Austin, Inc.  (p)TARPON HUNTERS LLC
7301 Burleson                            c/o Mitchell D. Savrick                     3432 GREYSTONE DR
Austin, TX 78744-3207                    4330 Gaines Ranch LP #150                   STE 100
                                         Austin, TX 78735-6758                       AUSTIN TX 78731-2357

Tarpon Hunters, LLC                      U. S. Attorney/Civil Process Clerk       U.S. Attorney General
c/o Douglas J. Powell                    601 N. W. Loop 410, Suite 600            Main Justice Building, Room 5111
820 W. 10th                              San Antonio, TX 78216-5597               10th and Constitution Ave. NW
Austin, TX 78701-2065                                                             Washington, D.C 20530-0001
```

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Wells Fargo
MAC S4101-08D
100 West Washington 8th Floor
Phoenix, AZ 85003-1803

Deborah B. Langehennig
Barton Creek Plaza II, Suite 320
3801 Capital of Texas Highway South
Austin, TX 78704-6640


Elizabeth June Hickson
4833 Spicewood Springs Rd., #200
Austin, TX 78759-8436

Rafael Montes de Oca
3417 Vintage Drive
Round Rock, TX 78664-7902



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Hunter-Kelsey of Texas LLC
4131 Spicewood Springs Road
Bldg J-1
Austin, TX 78759

Katenell, LLC
3432 Greystone Drive
Suite 100
Austin, TX 78731

Lillian Wilson, LLC
3432 Greystone Drive
Suite 100
Austin, TX 78731


Tarpon Hunters, LLC
3432 Greystone Dr.
Suite 100
Austin, TX 78731

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

RAFAEL MONTES DE OCA             '          CASE NO. 15-10587TMD
                                         '          CHAPTER 13

DEBTOR                                '

## ORDER GRANTING DEBTOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE APPEAL PENDING IN THE THIRD COURT OF APPEALS

On this day on to be heard the Motion of RAFAEL MONTES DE OCA (Movant) for relief from stay regarding pending state litigation. The Court, noting that proper notice has been sent to all parties in interest concerning the Motion and no party having filed a response is of the opinion that the following order is appropriate:

It is, accordingly, ORDERED, ADJUDGED and DECREED that automatic stay provisions of 11 U.S.C Section 362 be and are hereby modified to permit Movant to prosecute the appeal that is currently stayed in the Third Court of Appeals, Cause No. 03-14-00668-CV, styled Rafael Montes De Oca, Appellant v. Eduardo Gutierrez, Appellee; and to take any and all such action as may be

necessary and incident to finalizing the state court action, including any further appeals.

###

Elizabeth J. Hickson, SBN 09586000
4833 Spicewood Springs Road
Suite 200
Austin, Texas 78759
(512)346-8597
(512)346-2047 fax
lizhickson@hicksonlawpc.com